AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION ☐ APPEAL

**COURT NAME AND LOCATION**
United Stated District Court - Central District of California

| DOCKET NO. | DATE FILED | |
|---|---|---|
| SACV18-2107 TJH(SPx) | 11/28/2018 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 70.187.133.132 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order ☐ Judgment | ☐ Yes ☒ No | 6/7/19 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry K. Gray | Trina DeBose | 6/7/19 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

Location: Irvine, CA
Total Works Infringed: 36

IP Address: 70.187.133.132
ISP: Cox Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 2CC3B2F0E4973A91BB68AD592948A4D28ABACA11 | Tushy | 09/09/2018 01:30:23 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 2 | 0618DD61DD8B80E968FB816BE1205BD784006B4B | Vixen | 09/15/2018 03:27:55 | 09/14/2018 | 11/01/2018 | 17094105331 |
| 3 | 1928741A063901FE02DC18D06F772B474B298A3F | Vixen | 05/10/2018 23:08:51 | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 4 | 1CAA43F8611530FFBCBC8D82C0956E85C3CBC8F9 | Blacked Raw | 05/23/2018 23:30:44 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 5 | 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151 | Blacked | 09/27/2018 21:40:55 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 6 | 24AEC7407886FB0A3F9C1F850B9931B91EFE95C3 | Tushy | 05/07/2018 03:49:22 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 7 | 2BB294011649FDDB07A8B97BE5A6645AC16FF6E8 | Vixen | 08/03/2018 01:48:34 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 8 | 32B64B5E6D8D0E3AD53B8073CBAA35C9BA4DF75B | Blacked Raw | 06/03/2018 00:28:21 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 9 | 3403EDC437A985A3796A910510624C2F20A6B9C1 | Blacked | 05/15/2018 22:47:00 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 10 | 3DAA55D81E42DE192C64DDF5F42B4F55505E311F | Tushy | 05/11/2018 20:33:24 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 11 | 41E5A6ECE153EC83E5F488462D95E8223AD49DF4 | Blacked Raw | 05/23/2018 22:36:44 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 12 | 43EE7035624FDA611EC63494F9FCBB78FA578F75 | Tushy | 08/15/2018 00:20:10 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 13 | 46FE760E2E17B1BC125CD9765A5DFFC582691EB1 | Blacked | 05/22/2018 05:32:43 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 14 | 4E0FFEA1821589738E4E7ADF67165100D24DD4C15 | Tushy | 08/30/2018 02:20:23 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 15 | 4E5874CE51D719570ACF9E2392ECA4616F51890E | Tushy | 04/11/2018 21:47:17 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 16 | 5256B65E523BCBE18B3BA99EFB719D22C52EAE24 | Vixen | 07/29/2018 03:29:48 | 07/28/2018 | 09/01/2018 | PA0002119572 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5713BF1A0D472849D169B6A33C0C10353FE75A55 | Blacked | 04/10/2018 21:51:30 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 18 | 6088C05021BF2B3A40A587392CBAF18843111E344 | Vixen | 09/23/2018 06:18:57 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 19 | 62262C61602C01235FC02017D912EEDBFD38EA22 | Vixen | 09/02/2018 03:02:37 | 09/01/2018 | 11/01/2018 | 17094105581 |
| 20 | 6A49A11B13EF590A40FF5301E0376A2FB277D641 | Blacked | 09/23/2018 02:53:23 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 21 | 6F7F2747E89912D8C18566274565E417A1960FB7 | Blacked | 07/04/2018 22:08:23 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 22 | 7A0772124C84873EE7B7C2ADFC1548B643B96601 | Tushy | 08/05/2018 03:38:12 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 23 | 7C6B83910A177E2504C06EAB226D3BC51859E9E1 | Tushy | 10/08/2018 22:17:30 | 10/08/2018 | 11/01/2018 | 17093717692 |
| 24 | 8258471D1150C44D7DD8069ACB130F6E920EF83B | Vixen | 06/24/2018 18:17:22 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 25 | 8536250C2FB9279020AB0B4F81A1E01A696B1A0C | Vixen | 07/13/2018 22:32:36 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 26 | 8620B7E581B5B5AB6EE3334085C3FECAF3C0A4319 | Vixen | 06/19/2018 02:40:41 | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 27 | 876EC64B52A18F2384B2E006DB71638985F546E2 | Vixen | 05/20/2018 01:37:40 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 28 | 87B60D12F1B3B0A2B6D1A581865517EE6EE9A1BC | Blacked | 08/03/2018 19:35:46 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 29 | 8F8F5F4CEC23AFDDC618065E8236A29BC44295D8 | Tushy | 04/16/2018 22:01:32 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 30 | 8FCD827A3111A0905A65A5C59871E024F40D5EB4 | Tushy | 06/19/2018 01:43:52 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 31 | 98E66C59B0B64B1E7812C1B433272FF250B697EC | Blacked | 06/19/2018 02:40:37 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 32 | 99B9226F765F53F8914CFB58FF348A7D878FC97F | Vixen | 04/17/2018 22:58:20 | 04/14/2018 | 06/19/2018 | PA0002126645 |
| 33 | A5F97747B9EA5DE914A41C5D6026B3DFC22BDFD3 | Vixen | 05/15/2018 01:49:04 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 34 | B809ABE307B30DDFAC66307253060503A456106F | Vixen | 06/05/2018 20:25:29 | 06/03/2018 | 07/09/2018 | PA0002109331 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BC5E4D24CF391E12703B178B853F9313159BB387 | Vixen | 08/08/2018 06:40:00 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 36 | EAA8A5DEE2A6FFFBA8FF49131DB25753F03B98C4 | Vixen | 10/07/2018 02:14:20 | 10/06/2018 | 11/01/2018 | 17094105481 |